IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**CHRISTOPHER LOADHOLT**, on behalf of himself and all others similarly situated,

Plaintiff,

-v-

**KANGA CARE, LLC,**

Defendant.

Civil Case Number: 1:22-cv-07595-PAE-JW

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       January 30, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Christopher Loadholt*

SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge
January 31, 2023